# *NOTICE OF APPEARANCE*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

UNITED STATES OF AMERICA

VS

SHAHID LATIF,                                    M08-1172
                     Defendant.

-------------------------------------------------------------------

STUART D. RUBIN, ESQ. BY THIS NOTICE OF APPEARANCE, HEREBY

APPEARS ON BEHALF OF DEFENDANT SHAHID LATIF.

DATED: June 3, 2008.

                                            STUART D. RUBIN
                                            26 COURT STREET
                                            SUITE 2506
                                            BROOKLYN, NY 11242
                                            718-802-0778
                                            Beeper: 917-858-0344
                                            Bar code #6444